408 A.2d 543

Commonwealth v. Pierce, Appellant.

Submitted December 6, 1976. Nazario Jimenez, Jr., for appellant; Deborah E. Glass, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, P.J. and SPAETH, J. concurred in the result.

JACOBS and WATKINS, former P.JJ. and HOFFMAN, J. did not participate in the consideration or decision of this case.